# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2022-0195, <u>Eliance Felix & a. v. Interinsurance Exchange of The Automobile Club</u>, the court on December 9, 2022, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The plaintiffs, Eliance and Magalie Felix, appeal an order of the Superior Court (<u>Nicolosi</u>, J.) granting summary judgment in favor of the defendant, Interinsurance Exchange of The Automobile Club, in an insurance coverage dispute. Based upon our review of the trial court's order, the plaintiffs' challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiffs have not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>Sup. Ct. R.</u> 25(8); <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).

<u>Affirmed</u>.

MacDonald, C.J., and Hicks, Bassett, Hantz Marconi, and Donovan, JJ., concurred.

**Timothy A. Gudas,**
**Clerk**